**Luther H. REICHELDERFER, Herbert B. Crosby, and John C. Gotwals, Commissioners of the District of Columbia, Appellants, v. Henry I. QUINN, George J. Mueller, Jr., Henry Orth, Jr., et al., Appellees.**

No. 5230.

Court of Appeals of the District of Columbia.

Submitted Nov. 6, 1931.

Decided Dec. 7, 1931.

William W. Bride and Robert E. Lynch, both of Washington, D. C., for appellants.

Henry I. Quinn and George E. Sullivan, both of Washington, D. C., for appellees.

Before MARTIN, Chief Justice, and ROBB, HITZ, and GRONER, Associate Justices.

PER CURIAM.

It is agreed by counsel that the issue presented in this appeal and also the parties involved are identical with those appearing in Quinn et al. v. Dougherty et al., Commissioners of the District of Columbia, decided by this court January 7, 1929, 58 App. D. C. 339, 30 F.(2d) 749. It is only necessary now to say that, consistently with our decision in the former case, we affirm the decree of the lower court herein appealed from.

Affirmed.

**Minola H. BALL et al., Appellants, v. George F. MOSELEY, etc., et al.**

No. 9292.

Circuit Court of Appeals, Eighth Circuit.

Oct. 1, 1931.

Peterson & Oehler, of St. Paul, Minn., for appellants.

Wright & Wright, William M. Nash, C. L. Nichols, and Le Roy Bowen, all of Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal dismissed, with prejudice, without costs to either party in this court, per stipulation of parties.

**Frank BOURETT, Appellant, v. Roy HERMAN, Adm'r, etc.**

No. 9165.

Circuit Court of Appeals, Eighth Circuit.

Oct. 8, 1931.

R. A. Bielski and D. S. Elliott, both of Sioux Falls, S. D., for appellant.

T. R. Johnson, of Sioux Falls, S. D., and Lloyd L. Opdycke, of New Hampton, Iowa, for appellee.

PER CURIAM.

Appeal dismissed at costs of appellant, on motion of appellee and stipulation of parties.

**David BURNET, Commissioner, etc., Petitioner, v. Glenn M. AVERILL.**

No. 9303.

Circuit Court of Appeals, Eighth Circuit.

Sept. 11, 1931.

G. A. Youngquist, Asst. Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Calvin Clarke, of Portsmouth, Ohio, for respondent.

PER CURIAM.

Petition to review docketed and dismissed, without costs to either party in this court, on motion of petitioner and consent of respondent.